UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE APPLICATION | § | |
| OF THE UNITED STATES OF AMERICA | § | |
| FOR AN ORDER AUTHORIZING THE | § | |
| USE OF A PEN REGISTER AND TRAP | § | MAGISTRATE NO. H-10-998M |
| AND TRACE DEVICE AND AUTHORIZING | § | |
| RELEASE OF SUBSCRIBER AND OTHER | § | |
| INFORMATION | § | |

## ORDER TO RE-SEAL UNREDACTED APPLICATION

The United States's motion to re-seal the pen register application in this case is granted in part. The court is advised that the investigation is ongoing, and disclosure of the pen register might jeopardize the investigation by causing the targets to flee or destroy evidence. For that reason, the unredacted version of the application (Dkt. 1) is ordered resealed until August 1, 2012. In its place, a redacted version of the application, deleting all target-identifying information, will be filed on the public docket. The motion to re-seal is ordered to be placed on the docket under seal, but neither this order nor the redacted application will be sealed.

Signed at Houston, Texas on February 12, 2012.

Stephen Wm. Smith
United States Magistrate Judge